N. J. Dept. Labor—Donato v. Port Reading Creosoting Plant.

NEW JERSEY DEPARTMENT OF LABOR,
WORKMEN'S COMPENSATION BUREAU.

JOHN DONATO, PETITIONER, v. PORT READING CREO-
SOTING PLANT, RESPONDENT.

On determination and rule for judgment.

For the petitioner, *Salvatore F. LaCorte.*

For the respondent, *F. W. Fleck,* assistant general claim
agent of the Reading Company.

The deputy commissioner was asked to approve this com-
promise and to enter an award on the same.

I, therefore, find and determine that the petitioner, in ac-
cordance with the compromise, is entitled to compensation for
temporary disability for a period of eight (8) weeks, and
compensation for permanent disability for a period of one
week and a half based upon five per cent. of disability of the
foot, the compensation rate being fourteen dollars and eighty-
five cents ($14.85) per week.

\*        \*        \*        \*        \*        \*        \*

HARRY J. GOAS,
*Deputy Commissioner.*